UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 1:13-cv-00283-FDW

| KEITH A. TREADWAY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CAROLYN COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the parties' Consent Motion for Attorney Fees. (Doc. No. 18). For the reasons state herein, the motion is GRANTED.

Pursuant to the power of this Court to award fees to a prevailing party other than the United States incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A), and in light of this Court's May 19, 2014 Order remanding this case to the Defendant Commissioner for further administrative proceedings, it is HEREBY ORDERED that the Court will award attorney's fees in the amount of sixteen thousand, seven hundred and forty-four dollars and ninety-eight cents ($16, 744.98) in full satisfaction of any and all claims Plaintiff may have in this case under the Equal Access to Justice Act. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Pursuant to the United States Supreme Court's ruling in <u>Astrue v. Ratliff</u>, 130 S.Ct. 1251 (2010), these attorney's fees are payable to Plaintiff as the prevailing party and are subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the government. If, subsequent to the entry of this Order, the Commissioner determines

that Plaintiff owes no debt to the government that would subject this award of attorney's fees to offset, the Commissioner may honor Plaintiff's assignment of EAJA fees, providing for payment of the subject fees to Plaintiff's counsel, rather than to Plaintiff. If, however, Plaintiff is discovered to owe the government any debt subject to offset, the Commissioner shall pay any attorney's fees remaining after such offset to Plaintiff rather than to counsel. Should this occur, any remaining fees made payable to Plaintiff shall be sent to his counsel.

    IT IS SO ORDERED.

Signed: August 19, 2015

Frank D. Whitney
Chief United States District Judge